AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**EMERSON LEDWELL-BEY**
**DOB: xx/xx/54**
**PDID: xxx-xxx**

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **MAY 4, 2006** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant did, (Track Statutory Language of Offense)

**by force, violence and intimidation, take from the person and presence of another approximately $2,290 in money belonging to and in the care, custody, control, management and possession of the PNC Bank, located at 5252 Wisconsin Avenue, N.W., Washington, D.C., the deposits of which were then insured by the Federal Deposit Insurance Corporation**

in violation of Title **18** United States Code, Section(s) **2113(a)** .

I further state that I am **SPECIAL AGENT WILLIAM RONACHER**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**    ☒ Yes    ☐ No

Signature of Complainant
**SPECIAL AGENT WILLIAM RONACHER**
**FEDERAL BUREAU OF INVESTIGATION**

Sworn to before me and subscribed in my presence,

_____    at    **Washington, D.C.**
Date                                              City and State

_____         _____
**Name & Title of Judicial Officer**               **Signature of Judicial Officer**