STATEMENT OF FACTS

On May 4, 2006, MPD officers responded to a robbery in progress at PNC Bank at 5252 Wisconisn Ave, NW, Washington, DC . According to witnesses and bank surveillance, Emerson Leadwell-Bey walked into PNC Bank at approximately 1:53 p.m., approached a bank teller, leaned forward, and stated, "Give me your twenties and fifties." Mr. Leadwell-Bey, who was wearing a dark blue hat, and a latex glove on his right hand, again repeated, "Give me your twenties and fifties." At the time, he was holding his right hand in his right pocket, and the bank teller concluded a robbery was in progress. The bank teller turned over $2,290 in twenty and fifty dollar denominations, along with a dye packet. Mr. Leadwell-Bey placed the money and dye-packet into a plastic bag that he produced from his left pocket. According to witnesses, he then walked out of the bank and boarded a DC Metro Bus, where the dye-packet exploded. Thereafter, Mr. Leadwell-Bey exited the bus, was chased by a fellow bus traveler, and was apprehended by MPD officers one block away. Mr. Leadwell-Bey was subsequently identified by a bank teller as the robber.

_____
SPECIAL AGENT WILLIAM RONACHER
FEDERAL BUREAU OF INVESTIGATION


SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF MAY, 2006


_____
U.S. MAGISTRATE JUDGE